

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2014

No. 04-14-00069-CR

Charles Arthur **WARREN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9856B
Honorable Ron Rangel, Judge Presiding

## O R D E R

Appellant filed his brief on June 19, 2014. On July 30, 2014, we abated this appeal and remanded the case to the trial court for findings related to the trial court's decision to deny appellant's motion to suppress. On September 5, 2014, a supplemental clerk's record containing the trial court's findings of fact and conclusions of law was filed in this court. We, therefore, ORDER this appeal REINSTATED on this court's docket. Appellant's amended or supplemental brief is due no later than **October 17, 2014**. Appellee's brief is due thirty days after appellant's amended or supplemental brief is filed.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court